**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 12 EM 2024 |
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| ERIC WILLIAM, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 4th day of June, 2024, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.